UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 21, 2013

_____

RULE 46 NOTICE - BRIEF/APPENDIX
_____

No. 12-5004,   US v. Daniel Johnson
               8:11-cr-02354-HMH-1

TO:    Jessica Ann Salvini

**BRIEF/APPENDIX DUE:** 06/05/2013

The court has not received the briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that these document(s) must be received in the clerk's office with a motion to extend filing time, or the default must be otherwise remedied by the above due date. The deadlines for any subsequent briefs will be extended after filing of the past-due brief. Counsel's noncompliance with court deadlines is subject to referral to the Standing Panel on Attorney Discipline pursuant to [Local Rule 46(g)](). An appellee who does not file a brief will not be heard at oral argument except by permission of the court pursuant to [Fed. R. App. P. 31(c)](). An appellee not intending to file a response brief must file a **notice that no brief will be filed.**

[x] Opening brief and appendix

[ ] Response brief

[ ] FRAP 30(c) page-proof opening/response brief

[ ] Intervenor's brief

[ ] Supplemental brief

Cyndi Halupa, Deputy Clerk
804-916-2704